JS-6

Jeff C. Marderosian (SBN 90463)
jmarderosian@earthlink.net
Meredith B. Reynolds (SBN 108588)
LAW OFFICES OF
JEFF C. MARDEROSIAN
301 East Colorado Boulevard, Suite 714
Pasadena, California 91011
Telephone: (626) 792-3957
Facsimile: (626) 792-2623
Attorneys for Defendants
Baldwin Park Unified School District and
Baldwin Park Unified School District Board
of Education

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **N.L, by and through his Guardian Ad Litem, N.A.** <br><br> **Plaintiff,** <br><br> vs. <br><br> **BALDWIN PARK UNIFIED SCHOOL DISTRICT; BALDWIN PARK UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION,** <br><br> **Defendants.** | Case No. CV 13-7539 RGK (VBKx) <br><br> **ORDER ON STIPULATION** |

Based upon the stipulation of the parties to this action and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

    1.    This entire action is dismissed with prejudice; and

    2.    The parties shall incur their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 3, 2014

*/s/ Gary Klausner*

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE